# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDDIE L. JONES, )
        Plaintiff, )
                      ) Civil Action No. 05-287 Erie
     v. )
UNITED STATES OF AMERICA, et al., )
        Defendants. )

## **MEMORANDUM ORDER**

AND NOW, this 6th day of June, 2008, and upon review, *nunc pro tunc,* of Plaintiff's objections [Doc. No. 71] to the Magistrate Judge's Report and Recommendation [Doc. No. 68], filed on April 14, 2008, recommending that the motion for summary judgement filed by the United States [Doc. No. 52] be granted, the following order is entered:

IT IS HEREBY ORDERED that the motion for summary judgment [Doc. No. 52] filed by the United States is GRANTED. JUDGMENT is hereby entered in favor of Defendant, the United States of America and against Plaintiff, Eddie L. Jones.

The Report and Recommendation [Doc. No. 68] of Magistrate Judge Baxter, filed on April 14, 2008, is adopted as the opinion of the Court.

                                    s/ Sean J. McLaughlin
                                    United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge